No. 78–1507. RICKMAN v. MODERN AMERICAN MORTGAGE CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1509. KARABATSOS v. VANDER ZEE. C. A. D. C. Cir. Certiorari denied.

No. 78–1510. BINDER v. OFFICIAL CREDITORS' COMMITTEE. C. A. 2d Cir. Certiorari denied.

No. 78–1511. MURPHY ET AL. v. BOARD OF EDUCATION OF THE CITY OF ST. LOUIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1530. MILLER ET AL. v. FEDERAL LAND BANK OF SPOKANE. C. A. 9th Cir. Certiorari denied.

No. 78–1624. ANDREWS ET AL. v. UNITED STATES;
No. 78–6568. HALL v. UNITED STATES; and
No. 78–6579. MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1641. PARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6144. MITCHELL v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78–6204. CLAYTON v. UNITED STATES; and
No. 78–6304. DAVIS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6218. OLIPHANT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6235. BARKSDALE v. SIELAFF. C. A. 7th Cir. Certiorari denied.